# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs - Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

**NOTICE**

Issued: April 22, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Benjamin Walker
Stella Swartz Meyer

The following attorneys will continue to receive notice in this case:

Jane A. Becker Whitaker
Maria Elena Martinez-Casado
Luis E. Minana
Richard C. Pepperman II
Maria Dolores Trelles-Hernandez
Jean Paul Vissepo Garriga

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley C. - (617) 748-9055


cc:
Jane A. Becker Whitaker
Maria Elena Martinez-Casado
Luis E. Minana
Richard C. Pepperman II
Stella Swartz Meyer
Maria Dolores Trelles-Hernandez
Jean Paul Vissepo Garriga
Benjamin Walker