# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

No. 26-1357          **Short Title:** Boyd, et als. v. Banco Popular

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          April 23, 2026
Signature                          Date

Luis E. Miñana
Name

Espada Miñana & Pedrosa Law O PSC          7874022226
Firm Name (if applicable)                   Telephone Number

122 Domenech Ave. 2nd Floor                 7877730500
Address                                     Fax Number

San Juan, PR 00918-3503                     minanalaw@yahoo.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 118149

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).