**United States Court of Appeals**
**For the First Circuit**

## NOTICE OF APPEARANCE

**No.** 26-1357                                             **Short Title:** Boyd, et al. v. Banco Popular de Puerto Rico

*Appeal from D.P.R., Civil No. 3:24-cv-01569-PAD (Dkts. 131 & 140; Notice of Appeal filed Apr. 1, 2026)*

The Clerk will enter my appearance as counsel on behalf of
(please list names of all parties represented, using
additional sheet(s) if necessary):

Gregory Boyd and Jonathan Lassers, individually and derivatively
on behalf of GFC Holdings, LLC and Biomass Green Fuels, LLC                                        as the

[X] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Jane A. Becker Whitaker                                   April 27, 2026
*Signature*                                                              *Date*

Jane A. Becker Whitaker                                        Becker Vissepo PSC
*Name*                                                                  *Firm Name (if applicable)*

(787) 585-3824                                                 P.O. Box 9023914, Urb. Baldrich
*Telephone Number*                                            *Address*

(787) 764-3101                                                 San Juan, PR 00902-3914
*Fax Number*                                                    *City, State, Zip Code*

jbw@beckervissepo.com
*Email (required)*

**Court of Appeals Bar Number:** 35763

Has this case or any related case previously been on appeal?
[ ] No      [X] Yes      Court of Appeals No.      26-1424 (related: D.P.R. 3:22-cv-01190-GMM)

=================================================================================

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case
opening. New or additional counsel may enter an appearance outside the 14 day period; however, a
notice of appearance may not be filed after the appellee/respondent brief has been filed without leave
of court. 1st Cir. R. 12.0(a).

Counsel must complete and file this notice of appearance in order to file pleadings in this court.
Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir.
R. 46.0(a)(2).