**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

_____

**No. 26-1357**

GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN
FUELS, LLC,

Plaintiffs - Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant – Appellee.

**INFORMATIVE MOTION TO CORRECT INACCURACIES IN APPELLANTS'
DOCKETING STATEMENT AND CASE CAPTION**

**COMES NOW** Defendant-Appellee Banco Popular de Puerto Rico ("BPPR"), through its

undersigned counsel, and pursuant to First Circuit Local Rule 3.0(3), respectfully moves this Court

to take notice of several errors or inaccuracies in the Docketing Statement filed by Plaintiffs-

Appellants and in the case caption. In support thereof, BPPR states as follows:

1.      On April 23, 2026, Appellants submitted their Docketing Statement. That statement

contains statements that are misleading or materially inaccurate  in Section D (Related Cases) and

Section E (Transcripts). In accordance with the First Circuit's Local Rule 3(a)(3), BPPR submits

this motion to inform of such errors and/or misleading statements and the proposed corrections.

2.      Section D of the Docketing Statement requires disclosure of related cases—i.e.,

"any related cases or cases raising related issues pending in this court, any district court of this

circuit, or the Supreme Court." Appellants answered "No" to this inquiry. That is incorrect.

3.      There are two related cases that should have been disclosed:

      a.    **District of Puerto Rico Case No. 22-1190 (Appeal No. 26-1424)**: The district court dismissed this case on March 18, 2026. Appellants filed a notice of appeal on April 17, 2026.

      b.    **District of Puerto Rico Case No. 26-1066**: Appellants filed this case on February 7, 2026, after a motion to amend the Second Amended Complaint in Case No. 22-1190 was denied.

4.    By way of complete background, Appellants –Mr. Boyd and Mr. Lassers-- have filed three (3) cases before the U.S. District Court for the District of Puerto Rico in which BPPR is included as a defendant. All three relate to Biomass Green Fuels, LLC and GFC Holdings, LLC.

5.    The initial action is Case No. 22-1190, in which Mr. Boyd and Mr. Lassers sued over a dozen persons and entities alleging a broad civil RICO enterprise and other claims purportedly related to the financing, construction, and operation of a Puerto Rico biorefinery project. BPPR was included as one of several defendants in Civil No. 22-1190. In due course, the operative complaint in that case was dismissed. Mr. Boyd and Mr. Lassers filed an appeal, Appeal No. 26-1424.

6.    The second action filed by Mr. Boyd and Mr. Lassers was Civil No. 24-1569, alleging unlawful tying by BPPR, in violation of the Bank Holding Company Act ("BHCA"). The dismissal of the claims in Civil No. 24-1569 gave rise to the appeal in the captioned case. Notably, Mr. Boyd and Mr. Lassers stated in the civil and category sheets for Civil No. 24-1569 that Civil No. 22-1190 was a related action. See Civil No. 24-1569, Docket Nos. 1-5, 1-6.

7.    The third action is Civil No. 26-1066, pending before the U.S. District Court for the District of Puerto Rico. That action was filed recently, in February 2026. Mr. Boyd and Mr. Lassers noted in the category sheet in Civil No. 26-1066 that the action was related to both Civil No. 22-

1190 and Civil No. 24-1569. See Civil No. 26-1066, Docket No. 1-3. The civil cover sheet repeats that the action is related to Civil No. 22-1190. See Id at Docket No. 1-2.

8.      BPPR agrees with Mr. Boyd's and Mr. Lassers' repeated assessment before the District Court for the District of Puerto Rico that Civil No. 22-1190, Civil No. 24-1569, and Civil No. 26-1066 are all related. Accordingly, Plaintiffs-Appellants Boyd and Lassers should have identified District Court Civil Nos. 22-1190 and 26-1066 as related cases in the Docketing Statement for this case.[1]

9.      Note, however, that notwithstanding the relatedness to Civil No. 22-1190 (Appeal No. 26-1424), this case has consistently proceeded on a parallel, but separate track. This was and remains appropriate given that the captioned matter involves a single defendant, BPPR, and relates solely to one federal claim, under the Bank Holding Company Act. By contrast, Civil No. 22-1190, now Appeal No. 26-1424, includes dozens of defendants, now appellees, and involves three alleged federal claims, under the Defend Trade Secrets Act, the Racketeer Influenced and Corrupt Organizations Act, and securities laws.

10.     Moreover, Section E of the Docketing Statement asks whether a transcript of district court proceedings is necessary for resolution of this appeal, and if so, whether it has been ordered or is on file with the district court. Appellants responded that a transcript is both necessary and on file.

11.     This representation is incorrect in two respects. First, no transcript of the relevant district court proceedings exists. Second, no transcript is required for resolution of the issues raised in this appeal, which turn on questions of law suitable for adjudication on the existing written record, including pleadings, motions, and the district court's orders and judgment.

---

[1] At the time the Docketing Statement was filed, the appeal number for the appeal of Civil No. 22-1190 had not been assigned.

12.    Finally, it bears noting that the Docketing Statement identified the only two Appellants in the case as: (1) Gregory Boyd and (2) Jonathan Lassers. The appeal caption, however, also includes Biomass Green Fuels, LLC and GFC Holdings, LLC as Plaintiffs-Appellants. It bears noting that besides being separate legal entities, Biomass Green Fuels, LLC and GFC Holdings, LLC are represented by counsel Roberto Abesada, Esq, as the District Court record shows, not by Mr. Boyd's and Mr. Lassers' attorneys- Ms. Jane Becker, Mr. Jean Paul Vissepó-García, and Mr. Luis Miñana. Accordingly, BPPR respectfully requests that the case caption be amended to reflect only Gregory Boyd and Jonathan Lassers as Plaintiffs-Appellants, in accordance with Appellants' own representation in the Docketing Statement and the record before the District Court.

**WHEREFORE**, BPPR respectfully requests that this Honorable Court take notice of the foregoing corrections to the Docketing Statement and amend the caption of the instant appeal to reflect Gregory Boyd and Jonathan Lassers as the sole Plaintiffs-Appellants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 7th day of May 2026.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de Léon Ave.
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax. (787) 274-1470

s/ María D. Trelles Hernández
María D. Trelles Hernández
USCA No. 124916

4

mtrelles@pmalaw.com

s/ María Elena Martínez Casado
María Elena Martínez Casado
USCA No. 1189857
mmartinez@pmalaw.com