# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS,

Plaintiffs - Appellants,

GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

**ORDER OF COURT**

Entered: May 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, and upon review of the record in this case, Appellee Banco Popular de Puerto Rico's motion to amend the case caption is granted. The above revised caption must be used on all papers filed in this case.

Appellee's notice of inaccuracies in Appellants' docketing statement is noted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Luis E. Minana, Jane A. Becker Whitaker, Jean Paul Vissepo Garriga, Maria Dolores Trelles-Hernandez, Maria Elena Martinez-Casado, Richard C. Pepperman, II