# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS,

Plaintiffs - Appellants,

GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

### ORDER OF COURT

Entered: May 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **June 11, 2026**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane A. Becker Whitaker
María Elena Martínez-Casado
Luis E. Miñana
Richard C. Pepperman, II
María Dolores Trelles-Hernández
Jean Paul Vissepó Garriga