# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS,

Plaintiffs - Appellants,

GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

**ORDER OF COURT**

Entered: June 3, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants Gregory S. Boyd and Jonathan Lassers' May 28, 2026, motion to extend time to file the brief and appendix is granted. Appellants' brief and appendix are due by **July 13, 2026**. The parties should note this court's May 27, 2026, order amending the case caption. All future filings - including the appellants' brief and appendix - must use that case caption.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane A. Becker Whitaker
María Elena Martínez-Casado
Luis E. Miñana
Richard C. Pepperman II
Maria Dolores Trelles-Hernandez
Jean Paul Vissepó Garriga