# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs - Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

**ORDER OF COURT**

Entered: June 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

The May 27, 2026, order granting Appellee Banco Popular de Puerto Rico's construed motion to amend the caption, contained within its May 7, 2026, response to the docketing statement, is hereby vacated as issued in error. The construed motion to amend the caption remains pending before the court and will be addressed in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Luis E. Miñana
Jane A. Becker Whitaker
Jean Paul Vissepó Garriga
María Dolores Trelles-Hernández
María Elena Martínez-Casado
Richard C. Pepperman II