**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**No. 26-1357**

GREGORY S. BOYD; JONATHAN LASSERS;
GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,
Plaintiffs–Appellants,
v.
BANCO POPULAR DE PUERTO RICO,
Defendant–Appellee.

**CORPORATE DISCLOSURE STATEMENT OF GFC HOLDINGS, LLC**
**(FED. R. APP. P. 26.1)**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), the undersigned submit this corporate disclosure statement on behalf of GFC Holdings, LLC:

1. GFC Holdings, LLC is a Puerto Rico limited liability company. It has no parent corporation.

2. No publicly held corporation owns 10% or more of the equity or membership interests of GFC Holdings, LLC.

This statement is submitted by Appellants Gregory S. Boyd and Jonathan Lassers, individually and derivatively on behalf of GFC Holdings, LLC, to satisfy the disclosure obligation of a corporate party under Rule 26.1(d), and without prejudice to any party's position in the pending dispute concerning the case caption and the representation of GFC Holdings, LLC in this appeal. The statement serves the Court's recusal-screening function however that dispute is resolved, and it will be supplemented under Rule 26.1(d)(3) if the required information changes.

RESPECTFULLY SUBMITTED,

Dated: July 10, 2026

/s/ Jane A. Becker Whitaker
Jane A. Becker Whitaker
First Circuit Bar No. 35763
P.O. Box 9023914
San Juan, PR 00902-3914
Tel. (787) 585-3824
janebeckerwhitaker@gmail.com

/s/ Luis E. Miñana
Luis E. Miñana
First Circuit Bar No. 118149
Espada, Miñana & Pedrosa Law Offices, PSC
122 Calle Ing. Manuel Domenech, Altos, Urb. Baldrich
San Juan, PR 00918
Tel. (787) 758-1999
minanalaw@yahoo.com

Counsel for Appellants Gregory S. Boyd and Jonathan Lassers, individually and derivatively on behalf of GFC Holdings, LLC and Biomass Green Fuels, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jane A. Becker Whitaker