# United States Court of Appeals
## For the First Circuit

No. 26-1357

GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,

Plaintiffs - Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant - Appellee.

---

**ORDER OF COURT**

Entered: July 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Gregory S. Boyd and Jonathan Lassers to file a brief and appendix be enlarged to and including **July 23, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane A. Becker Whitaker
María Elena Martínez-Casado
Luis E. Miñana
Richard C. Pepperman II
María Dolores Trelles-Hernández
Jean Paul Vissepó Garriga